

# Fourth Court of Appeals
## San Antonio, Texas

### MEMORANDUM OPINION

No. 04-23-00714-CR

Benjamin **AGUILERA**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 437th Judicial District Court, Bexar County, Texas
Trial Court No. 2021CR11731
Honorable Joel Perez, Judge Presiding

PER CURIAM

Sitting:    Luz Elena D. Chapa, Justice
            Irene Rios, Justice
            Beth Watkins, Justice

Delivered and Filed: September 20, 2023

DISMISSED FOR LACK OF JURISDICTION

On July 25, 2023, appellant filed a pro se notice of appeal from a negotiated plea. A clerk's record was filed on August 2, 2023, and it did not contain a judgment of conviction or other appealable order. Instead, it contained a docket sheet reflecting appellant is still awaiting sentencing, and the district clerk confirmed appellant has not been sentenced.

We generally do not have jurisdiction to consider an appeal in a criminal case unless a judgment of conviction has been rendered. *See McKown v. State*, 915 S.W.2d 160, 161 (Tex. App.—Fort Worth 1996, no pet.). Under Texas Rule of Appellate Procedure 26.2(a), the appellate

timetable does not begin to run until thirty days after the day sentenced is imposed in open court or within ninety days if the defendant timely files a motion for new trial. TEX. R. APP. P. 26.2(a).

Because it appeared we did not have jurisdiction over this appeal since the trial court had not imposed sentence, we ordered appellant to show cause why this appeal should not be dismissed for lack of jurisdiction. Appellant did not file a written response, but appellant's appointed counsel confirmed appellant had not been sentenced. Accordingly, we dismiss this appeal for lack of jurisdiction without prejudice to refiling a new notice of appeal once sentence has been imposed. *See* TEX. R. APP. P. 42.3(a); *see also Herrera v. State*, No. 04-18-00655-CR, 2018 WL 5268839, at *1 (Tex. App.—San Antonio Oct. 24, 2018, no pet.) (per curiam) (not designated for publication) (dismissing appeal for lack of jurisdiction because record reflects appellant is awaiting sentencing); *Cortez v. State*, No. 08-18-00210-CR, 2019 WL 290579, *1 (Tex. App. Jan. 23, 2019) (mem. op.) (not designated for publication) (dismissing appeal for lack of jurisdiction when no indication appellant would be sentenced within reasonable amount of time).

PER CURIAM

Do Not Publish